1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                                **DISTRICT OF NEVADA**
10
11  PREMIER FINANCIAL SERVICES, LLC,  )    3:11-cv-00263-HDM-VPC
                                      )
12                 Plaintiff,         )
                                      )    ORDER
13  vs.                               )
                                      )
14  WAYNE D. ALLISON and ROBERT L.    )
    SERIO,                            )
15                                    )
                   Defendants.        )
16  _____   )
                                      )
17  SIERRA PACIFIC FEDERAL CREDIT     )
    UNION,                            )
18                                    )
         Plaintiff in Intervention,   )
19                                    )
    vs.                               )
20                                    )
    PREMIER FINANCIAL SERVICES, LLC,  )
21  WAYNE D. ALLISON, ROBERT L.       )
    SERIO, and ALLISON AUTOMOTIVE     )
22  GROUP,                            )
                                      )
23       Defendants in Intervention.  )
    _____   )
24
        Before the court is the parties' modified stipulation and
25
    proposed order for judgment against defendant Wayne D. Allison
26
    (#36).  The stipulation is hereby granted.  Pursuant to the
27
    stipulation, judgments shall be entered against Wayne D. Allison as
28

                                      1

follows:

1. Sierra Pacific Credit Union shall have a judgment against Wayne D. Allison in the amount of Eighty Thousand Dollars ($80,000);

2. Robert Serio shall have a judgment against Wayne D. Allison in the amount of Twenty-Seven Thousand Five Hundred Dollars ($27,500); and

3. Premier Financial Services LLC shall have a judgment against Wayne D. Allison in the amount of Ninety Thousand Dollars ($90,000).

The judgments shall set forth that the dischargeability of the judgment amounts in paragraphs one, two, and three above are not resolved by the judgments.

IT IS SO ORDERED.

DATED: This 13th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE