AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF___NEVADA_____

PREMIER FINANCIAL SERVICES, LLC,

                Plaintiff,

vs.

WAYNE D. ALLISON and ROBERT L. SERIO,

                Defendants.

_____

SIERRA PACIFIC FEDERAL CREDIT UNION,

       Plaintiff in Intervention,

vs.

PREMIER FINANCIAL SERVICES, LLC, WAYNE D. ALLISON, ROBERT L. SERIO, and ALLISON AUTOMOTIVE GROUP,

       Defendants in Intervention.

_____

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-cv-00263-HDM-VPC**

__  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.
/
/
/

**IT IS ORDERED AND ADJUDGED** that judgment is entered against Wayne D. Allison,  and in favor of Sierra Pacific Credit Union, in the amount of Eighty Thousand Dollars ($80,000).  The dischargeability of the judgment amount is not resolved by the judgment.

   July 13, 2011   

**LANCE S. WILSON**
Clerk


/s/ D.R. Morgan
Deputy Clerk