UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER FINANCIAL SERVICES LLC, | Case No.   3:11-cv-00263 HDM/VPC |
| Plaintiff, | |
| vs. | |
| WAYNE D. ALLISON and ROBERT L. SERIO, | |
| Defendants. | |
| _____/ | **ORDER** |
| SIERRA PACIFIC FEDERAL CREDIT UNION, a federally chartered institution, | |
| Plaintiff in Intervention, | |
| vs. | |
| PREMIER FINANCIAL SERVICES, LLC; WAYNE D. ALLISON; ROBERT L. SERIO; and ALLISON AUTOMOTIVE GROUP, INC., | |
| Defendants in Intervention. | |
| _____/ | |

Sierra Pacific Federal Credit Union's Motion to Compel Discovery and for Sanctions came on regularly for hearing on October 26, 2011 by the Court. Attending on behalf of Sierra Pacific Federal Credit Union was attorney Michael E. Sullivan. Judgment Debtor Wayne D. Allison and his counsel did not appear for the hearing.

On July 13, 2011, Judgment was entered in favor of Plaintiff in Intervention Sierra Pacific Federal Credit Union ("SPFCU") and against Defendant Wayne D. Allison

("ALLISON") in the sum of $80,000.00.

On August 1, 2011, SPFCU propounded its first set of interrogatories and request for production to ALLISON. ALLISON's responses were due on or before September 6, 2011.

On September 28, 2011, SPFCU filed its Motion to Compel Discovery and for Sanctions. ALLISON did not file an opposition, nor did ALLISON or his attorney, John Shadek, appear at the hearing.

After considering SPFCU's Motion and argument of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that SPFCU's Motion to Compel Discovery and for Sanctions is **granted.**

IT IS HEREBY FURTHER ORDERED that ALLISON provide his written responses, without objections, to SPFCU's First Set of Interrogatories, Interrogatory Nos. 5, 7, 8, 12, 13, 14, 18, 20, 26, and 27 by 12:00 p.m. on November 4, 2011.

IT IS HEREBY FURTHER ORDERED that ALLISON produce all documents, without objections, to SPFCU's First Set of Requests for Production, Request Nos. 1, 2, 9, 10, 13, and 14 by 12:00 p.m. on November 4, 2011.

IT IS HEREBY FURTHER ORDERED that ALLISON pay $1,000.00 to SPFCU's counsel, Robison, Belaustegui, Sharp & Low, for SPFCU's attorney's fees by 12:00 p.m. on November 4, 2011.

/ / /

/ / /

/ / /

Failure to comply with this Order may subject ALLISON to further sanctions pursuant to FRCP 37.

**IT IS SO ORDERED.**

DATED this 27th day of October, 2011.

*Howard D McKibben*
UNITED STATES DISTRICT COURT JUDGE