1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9             **DISTRICT OF NEVADA**

10

11  PREMIER FINANCIAL SERVICES, LLC, )     3:11-cv-00263-HDM-VPC
                                     )
12               Plaintiff,          )
                                     )     ORDER
13  vs.                              )
                                     )
14  WAYNE D. ALLISON and ROBERT L.   )
    SERIO,                           )
15                                   )
                 Defendants.         )
16  _____)
                                     )
17  SIERRA PACIFIC FEDERAL CREDIT    )
    UNION,                           )
18                                   )
          Plaintiff in Intervention, )
19                                   )
    vs.                              )
20                                   )
    PREMIER FINANCIAL SERVICES, LLC, )
21  WAYNE D. ALLISON, ROBERT L.      )
    SERIO, and ALLISON AUTOMOTIVE    )
22  GROUP,                           )
                                     )
23        Defendants in Intervention. )
    _____)
24
         On September 28, 2011, Sierra Pacific Federal Credit Union
25
    ("SPFCU") filed a motion to compel discovery and for sanctions
26
    against defendant Wayne Allison.  On October 26, 2011, the court
27
    conducted a hearing on SPFCU's motion to compel and granted both
28

                                  1

1  motions.  On November 9, 2011, SPFCU filed a motion for order to

2  show cause, asserting that Allison had failed to comply with the

3  court's order to respond to SPFCU's discovery requests.  The motion

4  does not reflect that the defendant Wayne Allison had previously

5  filed a petition for bankruptcy.  Thereafter, the court entered its

6  order to show cause on November 21, 2011.  The court was not

7  advised of the pending bankruptcy until SPFCU filed a notice of

8  bankruptcy following entry of the court's order to show cause.

9  Accordingly, the court's order to show cause (#51) and the show

10 cause hearing set for Wednesday, December 14, 2011, at 10:30 a.m.

11 are hereby **VACATED**.

12      IT IS SO ORDERED.

13      DATED: This 22nd day of November, 2011.

14
15                              _____
                                 UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

2