**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PREMIER FINANCIAL SERVICES, LLC, | ) | 3:11-cv-00263-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WAYNE D. ALLISON and ROBERT L. SERIO, | ) | |
| Defendants. | ) | |
| SIERRA PACIFIC FEDERAL CREDIT UNION, | ) | |
| Plaintiff in Intervention, | ) | |
| vs. | ) | |
| PREMIER FINANCIAL SERVICES, LLC, WAYNE D. ALLISON, ROBERT L. SERIO, and ALLISON AUTOMOTIVE GROUP, | ) | |
| Defendants in Intervention. | ) | |

On September 28, 2011, Sierra Pacific Federal Credit Union ("SPFCU") filed a motion to compel discovery and for sanctions against defendant Wayne Allison. On October 26, 2011, the court conducted a hearing on SPFCU's motion to compel and granted both

1

motions.  On November 9, 2011, SPFCU filed a motion for order to show cause, asserting that Allison had failed to comply with the court's order to respond to SPFCU's discovery requests.  The motion does not reflect that the defendant Wayne Allison had previously filed a petition for bankruptcy.  Thereafter, the court entered its order to show cause on November 21, 2011.  The court was not advised of the pending bankruptcy until SPFCU filed a notice of bankruptcy following entry of the court's order to show cause. Accordingly, the court's order to show cause (#51) and the show cause hearing set for Wednesday, December 14, 2011, at 10:30 a.m. are hereby **VACATED**.

    IT IS SO ORDERED.

    DATED: This 22nd day of November, 2011.

                                       _____
                                       UNITED STATES DISTRICT JUDGE